UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:

JOSEPH R. CONN and MARIA E. CONN,

Case No. 10-26049-EPK

Chapter 7

Debtors.
_____/

### AMENDED NOTICE OF RULE 2004 EXAMINATION

**PLEASE TAKE NOTICE** that undersigned counsel for Creditor, Karen Morakis, will take the following Rule 2004 Examinations:

| Deponent | Date | Time | Location |
|---|---|---|---|
| Joseph R. Conn | July 23, 2010 | 10:00 a.m. | Graner & Heimovics, P.A. |
| Maria E. Conn | July 23, 2010 | 12:00 p.m. | 399 W. Palmetto Park Road Suite 100 Boca Raton, FL 33432 |

The examination may continue from day to day until completed. If the examinee receives this notice less than 7 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

The examinee is further requested to deliver to the undersigned attorney, **by July 19, 2010 at 5:00 p.m.**, all of the documents described on the attached **Schedule A** to undersigned counsel at 2450 Hollywood Boulevard, Suite 706, Hollywood, Florida 33020.

HOUGH ROBSON, PL
Counsel for Karen Morakis
2450 Hollywood Boulevard, Suite 706
Hollywood, FL 33020
Tel:    (954) 239-4760
Fax:    (954) 239-4761

By:    /s/ Julie E. Hough
       Julie E. Hough
       Florida Bar No. 0764981
       Email: jhough@HoughRobson.com

### CERTIFICATE OF SERVICE

I CERTIFY that on July 9, 2010, a true copy of this notice was served on the debtors, attorney for

the debtors, as well as those parties identified on the attached Service List either (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and/or (ii) via U.S. Mail to all parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Julie E. Hough*
Julie E. Hough

cc: Ouellette and Mauldin, Court Reporters

## SCHEDULE A

**Definitions:**

"**You**" and "**your**" refer to the deponents listed in this notice, by whatever names the deponent have used, as individual or as joint owner (with any person or entity) or in any other capacity.

"**Including**" is not a limiting term.

"**Documents**" means any kind of written, typed, recorded, or graphic matter, however produced or reproduced, of any kind or description whether or not sent or received, including originals and non-identical copies and including, but not limited to: papers, books, letters, correspondence, telegrams, bulletins, notices, announcements, schedules, agendas, instructions, charts, maps, manuals, and brochures; memoranda, notes, notations, transcripts, minutes, reports, and recordings of telephone or other conversations, interviews, conferences, or meetings; affidavits, statements, summaries, opinions, reports, studies, analyses, evaluations, contracts, agreements, journals, diaries, lists, tabulations, computer print-outs, data processing in-put/out-put, microtext, and all other records kept by electronic, photographic or mechanical means (and including the directories and logs listing electronically stored information); and other things similar to any of the above.

**Documents to be Produced:**

**1.    Bank and Stockbrokers' Accounts:**

(a) **Bank and Stockbrokers' Accounts:** The following documents for any checking accounts, saving accounts, time deposits, money market accounts, and other investment accounts in your name or over which you had signature authority, since **May 1, 2008:**

  i.    All account statements, checkbooks, stubs and registers, cash journals

  ii.   Canceled checks

  iii.  Any documents reflecting funds or assets coming into the account including deposit slips, trade tickets, and confirmations.

  iv.   Any documents reflecting funds or assets going out of the account including debit memos and inter-account transfer memos, wire transfer requests and advices, passbooks, trade tickets, and confirmations.

(b) All savings certificates which you hold or have held, in your name or in trust or as agent for anyone else, since **May 1, 2008.**

**2.    Statements of Financial Condition:**

(a) All certified financial statements and loan applications prepared during the **past four years**, including credit card applications, credit line applications and mortgage applications, and certified personal financial statements given in connection with guaranties of corporate loans.

LF-14 (rev. 12/01/02)                                   3

(b) All ledgers, journals, and other books of account maintained at any time during the **past four years**, which reflect your assets, debts, income, expenditures, profits, losses, or changes in financial condition.

3. **Tax Returns:**

(a) Complete federal income tax returns, including all schedules, and state tax returns, including state intangible tax returns, for you and for any business in which you hold a greater than 20% ownership interest, for the **past four years.** For business returns, be sure to include the schedule K-1 which you receive.

(b) Any notice of tax assessment, notice of deficiency, or notice of lien, which you have ever received from any taxing authority which has not been fully paid and satisfied (a complete "tax transcript," obtainable by IRS Form 4506-T, will suffice).

(c) Any tangible personal property tax returns for the **past four years.**

4. **Property Interests:**

(a) All deeds and other documents reflecting your ownership or leasehold interest in homes, buildings, apartments, condominiums, cooperatives, unimproved real estate (including vacant land and farm land), chattel mortgages, real estate mortgages, oil or gas wells, mineral rights and subsurface rights, within the **past four years**.

(b) All deeds, certificates and other documents reflecting your ownership interest in any personal property, tangible or intangible, within the **past four years**.

(c) All documents reflecting ownership in furniture, appliances, bedding, silverware, china, musical instruments, phonographs and other audio equipment, television sets, cameras, horses, motor vehicles, airplanes, boats, paintings and sculptures, which you own or have owned within the **past four years**.

(d) All bills of sale, invoices, and receipts and other documents reflecting your ownership of any precious stones, jewelry, watches or other personal effects which you own or have owned within the **past four years**.

(e) All documents reflecting your ownership interest in notes, stocks, bonds, defense bonds, mutual funds, treasury bills, corporate income funds, and other money market instruments, for the **past four years**.

(f) All documents reflecting your ownership in a seat on any stock, commodities, or other exchange, within the **past four years**.

(g) All documents reflecting any patents, copyrights, inventions or other intellectual property, any interest in which you own or have owned, and all documents reflecting conveyances of them, during the **past four years**.

(h) All documents reflecting your legal or equitable interest in the assets, corpus or earnings of a

trust including any such interest held as a trustee, personal representative, guardian, or curator, within the **past four years**.

(i) As to any trust in which you are a beneficiary, all trust agreements and any amendments, all trust tax returns, trust bank statements, trust check registers, any correspondence or other written communications between you and any trustee of the trust, and all trust accountings, for the **past four years**.

(j) All documents reflecting that any property which you hold or have held for another person or entity within the **past four years** in fact belongs to the other person or entity and not to you.

(k) All documents reflecting any interest you have or had within the **past four years** in property held in the name of another person or entity, or held in the possession of the other person or entity. Please include convenience accounts over which another person has signature power for your benefit, and any safety deposit box inventories.

(l) All documents reflecting (1) contributions by you to trust or pension funds or to the purchase of annuity contracts or life insurance with a cash value, for the benefit of others, or (2) contributions by others to trust or pension funds or to the purchase of annuity contracts or life insurance with a cash value, for your benefit, during the **past four years**.

(m) All documents reflecting your interest in mortgages, mechanic's liens, or other liens on the real or personal property of others, during the **past four years**.

(n) All documents reflecting loans or other outstanding accounts which are **now due** and payable to you, **or will become due** to you **in the future**.

(o) All documents reflecting any payment or other consideration which your spouse gave for his or her interest in any property worth more than $250 which was jointly owned with you **as of the date of your petition**.

5. **Purchases, Sales, Gifts and Other Transfers of Property:**

(a) All documents, including closing statements, reflecting your acquisition, conveyance, or other disposition of any interest in real property within the **past four years**.

(b) All documents reflecting your acquisition, conveyance, or other disposition of any personal property, tangible or intangible, worth more than $250 within the **past four years**.

(c) All documents reflecting your acquisition, conveyance, or other disposition of any businesses for which you held greater than a 20% ownership interest within the **past four years**.

(d) All documents pertaining to the purchase of your **present** home and any documents reflecting the satisfaction of any mortgage lien. All documents reflecting the source of the monies used to purchase the home, and whether those monies had been borrowed or transferred previously from another person, entity, or account.

6.   **Your Cash Receipts and Credit Card Bills:** Receipts and itemized monthly statements from charge card issuers and merchants, for the **past four years**. Receipts for the purchase of any items for cash, including purchases by check, from the **past four years**.

7.   **Insurance Policies, Loss and Casualties:**

   (a) All life insurance policies issued to or owned by you during the **past four years**.

   (b) All property (casualty or hazard) insurance policies issued to you and covering property owned by you or any members of your family, or any hazard insurance policy for which you paid premiums, during the **past four years**; and all insurance riders and schedules listing jewelry, photography equipment, collectible, and other valuable property.

   (c) All insurance proofs of claim and police reports, for any loss of personal property in the **past four years**.

8.   **Legal matters:** All legal pleadings, court papers, and exhibits from any lawsuit or other judicial or administrative proceeding involving a claim or counterclaim made by or against you, if the suit or proceeding is still pending or has been concluded within the **past four years.**

9.   **Divorces:** All prenuptial, postnuptial, and marital settlement agreements entered into, financial affidavits or certified financial statements exchanged, and divorce decrees, judgments or orders entered, in connection with any marriage that was the subject of a dissolution proceeding in the **past four years.**

10.  **Business Interests You Have Owned:** As to any business in which you have held an interest in the past four years (other than a passive shareholder interest in a publicly traded company), produce the following documents:

   (a)   All account statements, canceled checks, checkbooks, stubs and registers, deposit slips, debit memos, wire transfer requests and advices, and passbooks, from any checking accounts, saving accounts, time deposits, money market accounts, and other investment accounts in its name, or into which it deposited funds, or over which you had signature authority, for the since **May 1, 2008.**

   (b)   All (i) ledgers; (ii) journals; (iii) books of accounts; and (iv) reports, reconciliations and itemizations of sales, revenues, expenses, disbursements, income, depreciation, and profits, for the **past four years**. Include internal memoranda and worksheets, and any documents sent to or received from outside bookkeepers and accountants.

   (c)   All corporate articles, by-laws, amendments, meeting minutes, resolutions, stock transfer record, stock certificates, voting trusts, shareholder agreements, and memoranda and correspondence relating to these.

   (d)   Copies of any proofs of claim to insurance companies, and police reports, for any loss of or damage to property in the **past four years.**

   (e)   (i) All certified financial statements and loan applications prepared during the **past**

**four years**, including credit card applications, credit line applications and mortgage applications.

(ii) All ledgers, journals, and other books of account maintained at any time during the **past four years**, which reflect its assets, debts, income, expenditures, profits, losses, or changes in financial condition.

(f)   (i) Complete federal income tax returns, including all schedules, and state tax returns, including state intangible tax returns for the **past four years**.

(ii) Any commercial personal property tax returns or bills for the **past four years**.

(g)   (i) All deeds and other documents reflecting its ownership or leasehold interest in homes, buildings, apartments, condominiums, cooperatives, unimproved real estate (including vacant land and farm land), chattel mortgages, real estate mortgages, oil or gas wells, mineral rights and subsurface rights, within the **past four years**.

(ii) All documents reflecting its ownership in furniture, appliances, fixtures or equipment, within the **past four years**.

(iii) All documents reflecting its ownership of any inventory, raw materials, or work in process, during the **past four years**.

(iv) All documents reflecting its ownership interest in notes, stocks, bonds, defense bonds, mutual funds, treasury bills, corporate income funds, and other money market instruments, during the **past four years**.

(v) All documents reflecting its ownership interest in patents, copyrights, inventions or other intellectual property, including all documents reflecting conveyances of them, during the **past four years**.

(vi) All documents reflecting its interest in mortgages, mechanic's liens, or other liens on the real or personal property of others, during the **past four years**.

(vii) All documents reflecting loans or other outstanding accounts which are now due and payable to it, or will become due to it in the future.

(viii) All documents reflecting any interest in any chose in action or intangible asset, during the **past four years**.

(ix) All deeds, certificates and other documents reflecting its ownership interest in any other property, tangible or intangible, within the **past four years**.

(h)   (i) All documents reflecting the acquisition or disposition of any interest in real property within the **past four years**.

(ii) All documents reflecting the acquisition or disposition of any property, tangible or intangible, outside the ordinary course of business within the **past four years**.

(i) All legal pleadings, court papers, and exhibits from any lawsuit or other judicial or administrative proceeding involving a claim or counterclaim made <u>by or against</u> it, if the suit or proceeding is still pending or has been concluded within the **past two years.**

11. **Joint Debts and Credit Reports:** Copies of any invoices, statements of account, or correspondence from any creditor to whom you and your spouse have both been liable **during the past four years.** Copies of your and your spouse's current personal credit reports with Experian, TransUnion, or Equifax.